IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER COLLIER, | Case No. 3:21-cv-00282 |
| Plaintiff, | District Judge Thomas M. Rose |
| v. | Magistrate Judge Peter B. Silvain, Jr. |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**ORDER**

This matter is before the Court on the Unopposed Motion of Defendant United States of America for Stay of Litigation (Doc. #7). Pursuant to the Court's inherent authority to control its own docket, *Clinton v. Jones*, 520 U.S. 681, 707 (1997); *F.T.C. v. E.M.A. Nationwide, Inc.*, 767 F.3d 611, 626-27 (6th Cir. 2014), the Court **GRANTS** the Unopposed Motion. It is thus **ORDERED** that the above-captioned case is **STAYED for no longer than 60 days**. Defendant has not yet filed an answer or other papers responsive to the Complaint (Doc. #3) and, consistent with Fed. R. Civ. P. 6(b), the Court **ORDERS** that Defendant is not obligated to do so until fourteen (14) days after this stay Order is lifted.

Accordingly, this case is **STAYED** until January 31, 2022, unless the parties notify the Court that the issues outlined in the Motion have been resolved sooner and request that the stay be lifted.

**IT IS SO ORDERED.**

November 30, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge