# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER COLLIER, | : | Case No. 3:21-cv-282 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER LIFTING STAY

On November 3, 2021, the undersigned granted the parties' request to stay this litigation and all pending deadlines until January 31, 2022. (Doc. #8).  As the parties did not notify the Court that the stated issues had been resolved of sooner, and the time to so has since lapsed, the Court hereby **LIFTS THE STAY** and **ORDERS** Defendant to answer or otherwise respond to Plaintiff's Complaint (Doc. #3) no later than **February 15, 2022**.

**IT IS SO ORDERED.**

February 1, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge